# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

December 2, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX  78711

Re:  Roberto González De La Cruz
v. Texas
No. 15-7207
(Your No. WR-76,781-01)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 24, 2015 and placed on the docket December 2, 2015 as No. 15-7207.

Sincerely,

Scott S. Harris, Clerk

by *Melissa Blalock*

Melissa Blalock
Case Analyst

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 09 2015

Abel Acosta, Clerk